PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 08-CR-186 |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Luis Rodriguez-Olivera<br>Aventura, Florida 33180 | Eastern District of New York | U.S. Probation |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Hon. Jack B. Weinstein |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 8/25/2017 | 8/24/2022 |

**OFFENSE**

21 U.S.C. § 848(a), Continuing Criminal Enterprise;

21 U.S.C. §§ 959(a)(c), 960(a)(3) and 960(b)(1)(B)(ii), International Cocaine Distribution Conspiracy

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __EASTERN__ DISTRICT OF __NEW YORK__

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __SOUTHERN DISTRICT OF FLORIDA__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

__3/16/21__                                                                                                 *S/Margo K. Brodie*
*Date*                                                                                                      *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __SOUTHERN__ DISTRICT OF __FLORIDA__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                                              _____
*Effective Date*                                                                              *United States District Judge*